UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| MICAH OVERBY, | 17 CIV 3377 (CS) |
| Plaintiff, | NOTICE OF APPEARANCE |
| -against- | |
| WENDELL ERIC FABIAN; TARIQ AKRAM; STAPLES THE OFFICE SUPERSTORE EAST INC.; DETECTIVE GIANPAOLO DILISIO #36; POLICE OFFICER MONTESANO #42; VILLAGE OF ELMSFORD; ELMSFORD POLICE DEPARTMENT; and JOHN AND JANE DOE 1 through 10, | |
| Defendants. | |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that I, Robert M. Miele, Esq. of Burke, Miele & Golden, LLP, hereby appear as counsel for the Village of Elmsford, Elmsford Police Department, Det. Gianpaolo Dilisio #36 and P.O. Montesano #42, defendants in this action, and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: May 25, 2017
      Goshen, New York

                                        Robert M. Miele, Esq. (RM 3624)
                                        Burke, Miele, Golden & Naughton, LLP
                                        *Attorneys for Defendants Village of*
                                        *Elmsford, Elmsford Police Department,*
                                        *Fabian, Det. Dilisio and P.O. Montesano*
                                        40 Matthews Street, Suite 209
                                        Post Office Box 216
                                        Goshen, New York 10924
                                        (845) 294-4080