# BURKE, MIELE, GOLDEN & NAUGHTON, LLP

MICHAEL K. BURKE
ROBERT M. MIELE*
RICHARD B. GOLDEN
KELLY M. NAUGHTON**
PATRICK T. BURKE

ASHLEY N. TORRE*
ALEC R. GLADD
JOHN R. AHEARN, III

JOSEPH P. McGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK AND MASSACHUSETTS

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, NEW YORK 10924
(845) 294-4080
\---------
FAX (845) 294-7673

ROCKLAND COUNTY OFFICE
499 ROUTE 304
NEW CITY, NY 10956

PLEASE REPLY TO GOSHEN OFFICE

May 25, 2017

**MEMO ENDORSED**

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Via ECF**

Re:   *Micah Overby v. Village of Elmsford, et al.*
      17 CIV 3377 (CS)

Dear Judge Seibel:

Our firm represents Defendants Village of Elmsford, Elmsford Police Department, Wendell Eric Fabian, Det. Gianpaolo Dilisio and P.O. Montesano in the above referenced matter. Defendants' Answers are currently due on May 31, 2017. We respectfully request a thirty day extension to file Defendants' Answers or Motions to the Complaint by June 30, 2017.

I have been in contact with Plaintiff's counsel, Gabriel P. Harvis, Esq., and he has consented to our request.

Thank you for your consideration in this matter.

Respectfully,

ROBERT M. MIELE

Cc: Gabriel P. Harvis, Esq. (via ECF)

Application Granted.
So Ordered.

_____
Cathy Seibel, U.S.D.J.

Dated: 5/25/17