UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICAH OVERBY,<br><br>                Plaintiff,<br><br>      -v-<br><br>WENDELL ERIC FABIAN; TARIQ AKRAM; STAPLES THE OFFICE SUPERSTORE EAST INC.; Detective GIANPAOLO DILISIO #36; Police Officer MONTESANO #42; VILLAGE OF ELMSFORD; ELMSFORD POLICE DEPARTMENT; and JOHN and JANE DOE 1 through 10,<br><br>                Defendants. | Case No. 7:17-cv-03377-CS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendants Staples the Office Superstore East, Inc. ("Staples") and Tariq Akram in the above-captioned action. Contact information for the undersigned counsel for the Defendants is as follows:

Christine L. Hogan
Littler Mendelson P.C.
900 Third Avenue – 8th Floor
New York, NY 10022
212.583.9600
CLHogan@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date:   June 5, 2017
        New York, New York

                                           */s/ Christine L. Hogan*
                                           Christine L. Hogan
                                           LITTLER MENDELSON, P.C.
                                           900 Third Avenue
                                           New York, NY  10022.3298
                                           212.583.9600

                                           *Attorneys for Defendants*
                                           *Staples and Tariq Akram*