

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

June 5, 2017

**VIA ECF**

Hon. Cathy Seibel
Unites States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:  *Overby v. Fabian et al.*
 Case No. 7:17-cv-03377 (CS)

Dear Clerk of the Court:

We represent Defendants Staples The Office Superstore East, Inc. ("Staples") and Tariq Akram in the above-referenced matter.  We write pursuant to Rule 1(E) of Your Honor's Individual Practices in Civil Cases to respectfully request a one month extension of time, until **July 5, 2017**, to answer or otherwise respond to the complaint.  The original due date for Staples is June 6, 2017.  The original due date for Mr. Akram is June 5, 2017.  Defendants require this extension in order to investigate the allegations of the complaint and prepare their response.  This is Defendants' first request for an extension of this deadline.  Plaintiff consents to this request.

We thank the Court for its time and consideration.

Respectfully submitted,

LITTLER MENDELSON, P.C.

*s/Christine Hogan*

Christine L. Hogan

cc: Counsel of Record (via ECF)