UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICAH OVERBY,                                              17 CIV 3377 (CS)

                                Plaintiff,                            **NOTICE OF**
    -against-                                                           **APPEARANCE**

WENDELL ERIC FABIAN; TARIQ AKRAM;
STAPLES THE OFFICE SUPERSTORE EAST INC.;
DETECTIVE GIANPAOLO DILISIO #36;
POLICE OFFICER MONTESANO #42; VILLAGE OF
ELMSFORD; ELMSFORD POLICE DEPARTMENT;
and JOHN AND JANE DOE 1 through 10,

                                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that in addition to Robert M. Miele, Esq. of Burke, Miele, Golden & Naughton, LLP, Michael K. Burke, Esq., also of Burke, Miele, Golden & Naughton, LLP, hereby appears as counsel for the Village of Elmsford, Elmsford Police Department, Det. Gianpaolo Dilisio #36 and P.O. Montesano #42, defendants in this action, and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: September 12, 2017
        Goshen, New York

                                                   Michael K. Burke (MB 7554)
                                                   Burke, Miele, Golden & Naughton, LLP
                                                    *Attorneys for Defendants Village of*
                                                    *Elmsford, Elmsford Police Department,*
                                                    *Fabian, Det. Dilisio and P.O. Montesano*
                                                   40 Matthews Street, Suite 209
                                                   Post Office Box 216
                                                   Goshen, New York 10924
                                                  (845) 294-4080