UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICAH OVERBY,<br><br>　　　　　　Plaintiff,<br><br>　　-v-<br><br>WENDELL ERIC FABIAN; TARIQ AKRAM; STAPLES THE OFFICE SUPERSTORE EAST INC.; Detective GIANPAOLO DILISIO #36; Police Officer MONTESANO #42; VILLAGE OF ELMSFORD; ELMSFORD POLICE DEPARTMENT; and JOHN and JANE DOE 1 through 10,<br><br>　　　　　　Defendants. | Case No. 7:17-cv-03377-CS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendant Wendell Eric Fabian in the above-captioned action. Contact information for the undersigned counsel for Defendant is as follows:

Craig R. Benson
Littler Mendelson P.C.
900 Third Avenue – 8th Floor
New York, NY 10022
212.583.9600
CBenson@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date:　November 13, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　*/s/ Craig R. Benson*
　　　　　　　　　　　　　　　　　　　　Craig R. Benson
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　900 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY  10022.3298
　　　　　　　　　　　　　　　　　　　　212.583.9600

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Wendell Eric Fabian*

-2-

Case 7:17-cv-03377-CS   Document 53   Filed 11/13/17   Page 2 of 2

-2-