UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICAH OVERBY,<br><br>    Plaintiff,<br><br>  -v-<br><br>WENDELL ERIC FABIAN; TARIQ AKRAM; STAPLES THE OFFICE SUPERSTORE EAST INC.; Detective GIANPAOLO DILISIO #36; Police Officer MONTESANO #42; VILLAGE OF ELMSFORD; ELMSFORD POLICE DEPARTMENT; and JOHN and JANE DOE 1 through 10,<br><br>    Defendants. | Case No. 7:17-cv-03377-CS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendant Wendell Eric Fabian in the above-captioned action. Contact information for the undersigned counsel for Defendant is as follows:

Christine L. Hogan<br>
Littler Mendelson P.C.<br>
900 Third Avenue – 8th Floor<br>
New York, NY 10022<br>
212.583.9600<br>
CLHogan@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date: November 13, 2017
   New York, New York

                */s/ Christine L. Hogan*
                Christine L. Hogan
                LITTLER MENDELSON, P.C.
                900 Third Avenue
                New York, NY 10022.3298
                212.583.9600

                *Attorneys for Defendant*
                *Wendell Eric Fabian*