UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICAH OVERBY,<br><br>        Plaintiff,<br><br>-v-<br><br>WENDELL ERIC FABIAN; TARIQ AKRAM; STAPLES THE OFFICE SUPERSTORE EAST INC.; Detective GIANPAOLO DILISIO #36; Police Officer MONTESANO #42; VILLAGE OF ELMSFORD; ELMSFORD POLICE DEPARTMENT; and JOHN and JANE DOE 1 through 10,<br><br>        Defendants. | Case No. 7:17-cv-03377-CS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendant Wendell Eric Fabian in the above-captioned action. Contact information for the undersigned counsel for Defendant is as follows:

> Jennifer L. Taiwo
> Littler Mendelson P.C.
> 900 Third Avenue – 8th Floor
> New York, NY 10022
> 212.583.9600
> JTaiwo@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date:   November 13, 2017
             New York, New York

                                                  /s/ *Jennifer L. Taiwo*
                                                  Jennifer L. Taiwo
                                                  LITTLER MENDELSON, P.C.
                                                  900 Third Avenue
                                                  New York, NY 10022.3298
                                                  212.583.9600

                                                  *Attorneys for Defendant*
                                                  *Wendell Eric Fabian*